JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMFA PONTILLAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY LIFE ASSOCIATION, A MUTUAL LEGAL RESERVE COMPANY and DOES 1 through 50,<br><br>Defendants. | Case No. 8:19-cv-02211-SB-KES<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that above-referenced action shall be dismissed in its entirety, with prejudice, as to all parties. The parties are to bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 6, 2021

Stanley Blumenfeld, Jr.
United States District Judge

- 1 -